# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KENNETH D. MURRY                                                      PLAINTIFF

v.                         No. 4:11CV00368 JLH

ENTERGY ARKANSAS, INC.; and
ENTERGY SERVICES, INC.                                        DEFENDANTS

## **ORDER**

Without objection, the defendants' motion to extend the dispositive motions deadline is GRANTED. Document #9. The deadline for filing dispositive motions is hereby extended up to and including April 12, 2012.

IT IS SO ORDERED this 16th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE