## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KENNETH D. MURRY                                                                                          PLAINTIFF

v.                                              No. 4:11CV00368 JLH

ENTERGY ARKANSAS, INC.; and
ENTERGY SERVICES, INC.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Entergy Arkansas, Inc., and Entergy Services, Inc. The complaint of Kenneth D. Murry is dismissed with prejudice.

IT IS SO ORDERED this 27th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE